FILED

07 JUN 22 PM 1:07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     PDC     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS;<br><br>        Plaintiffs,<br><br>  v.<br><br>ROYAL FOOD MART; JOSEPH J. LEHSEN d.b.a. ROYAL FOOD MART; SEMA AND OZYEL NEDIM GURER d.b.a. CHATTERBOX CAFÉ; JOSEPH J. AND SHERRI L. LESHEN (Joint Tenancy); And DOES 1 THROUGH 10, Inclusive<br><br>        Defendants. | Case No.: 06cv01564 BEN (BLM)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

    **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS, through their respective attorneys of record that ALL Defendants are dismissed **without** prejudice from Plaintiffs' Complaint, Case Number: 06cv01564 BEN (BLM).

                                              1      Case Number: 06cv01564 BEN (BLM)

Document Date: June 19, 2007

1  Additionally, Plaintiffs' Complaint is dismissed **without**
2  **prejudice** in its entirety.

4  **IT IS SO ORDERED.**

6  Dated: 6/20/07

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

2        Case Number: 06cv01564 BEN (BLM)

Document Date: June 19, 2007